12-17-00369-CR

IN THE 12TH COURT OF APPEALS District
TYLER, TEXAS

MICHAEL ALLYN KENNEDY
petitioner,

FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 27 2017

TYLER TEXAS
PAM ESTES, CLERK

VS.

JAMES T. WORTHEN, Judge, et al.
RT

MOTION FOR A WRIT OF MANDAMUS AND A
APPLICATIONS TO THE INDIVIDUAL CHIEF JUSTICES
AND A INDIVIDUAL JUSTICES OF THE COURT

TO THE HONORABLE COURT OF THE 12th Appeals - District of Texas.

Comes Now, Michael Allyn. Kennedy. petitioner in the above entitled numbered of causes and files this his Applications to the individual chief justices and A individual justices of the court pursue to TEX. GovJudicode 2661 and in supporting the Relief Would show this court the Relief as Follows.

I. A QUESTIONS PRESENTED TO THE COURT

THERE WAS NO indictment by a grand jury or no state's Attorney information complaint. No officer offense Report and no criminal complaint that petitioner committed an offense, no arraignment. No notice in writing to trial date, Denied 10 days to prepare for trial violation of Tex. Const. Art. 1 Sec. 10, U.S.C.A. Consts. Amend. 6. and Tex. Const. Art. 5 Sec. 12(b)-(b),

1

## II. THE FACTS AND SURROUNDED STATEMENT TO THE CASE

The Petitioner Filed Serval habeas corpus under Article 11.07 of Texas code of criminal Procedure. The State's Prosecutional Attorner nor the trial court Judge never filed an Responses to the habeas corpus petition Filed by petitioner. in fact The Texas court of criminal Appeals never addressed or considered any petition on the merit but denied and dismissed writ of habeas corpus without a written order. The trial Judge or any trial court ARRIAGNED the Petitioner to any criminal charges or an offense charge, The trial court Appointed Appeal counsel never Raised any evidence and the conviction was Affirmed.

## III. THERE ARE NO READING OF A GRAND JURY INDICTMENT AND NO OFFENSE DATE WHAT OR WHEN THE CRIME OCCURRED OR COMMITTED

PETITIONER contends that if no indictment READED during trial or no indictment by a GRAND JURY How can the trial court Jury. Appellate court of Appeals or any court Convict the petitioner without A offense DATE FOR EXAMPLE, IF there is NO date when the offense was committed by the Accused, No JURY OR any court could Find that petitioner committed an offense and the petitioner does not have any defenses to dispute

2

a claim of Actual innocence" because even if the petitioner had a date to his defenses. The cause could not be disputed and the trial court or any courts could or rule in petitioner defenses, HERE. The Trial Court had No indictment or written instrument presented by a grand jury or a states Attorney. An criminal charges Report Complaint or and officer Report offense, TEXAS CODE OF CRIMINAL PROCEDURE Article 26.11 Requires that the indictment be Read. Absent of an indictment violation of TEXAS constitution Article 1 Section 10 and Texas constitution Article 5 Section 12 (a), (b), TEAL V. State, 230 S.W. 3d 172 (TEX. CRIM. APP. 2007), NO indictment in this case of petitioner and this present case was not presented to the Court and the trial Court have not vests the Jurisdiction, petitioner contends that he did not WAIVOR ARRIAYnment OR WAIVED the indictment OR Information Complaint and was never provided a copy of the indictment 10 days before trial. This issues and question presented in the Mandamus that the Texas Court of criminal Appeals be ordered to show cause to the Reading of An indictment in the trial Court Records and a copy provided to petitioner and the said offense date of the date the crime of offense date committed by petitioner.

3

The Society and the public SUFFER when our Rights and constitutions ARE clearly being Violated and the courts have Refuses to Act with the JURISDICTION OF OUR United States constitutions laws of America A REFUSAL to Answer the WRits Violated Texas constitutions ARticle 11.07 and imposes the petitioner to be unlawful RESTRAINED without legal Authority of the laws in violations of states and federal laws of FALSE IMPRISONMENT the petitioner, kidnapped the petitioner as a hostage and RESTRAINED under his LIFE (FUTURE) - LIBERTY (FREEDom) and PROPERTY (Belonings) with the interest of having an indictment to petitioner conviction by a grand jury Accusing the petitioner to an offense of a crime to what date, what time of year and what month the offense was committed and Also naming the notice of the charge in the indictment by a grand jury that petitioner Michael Allyn Kennett had committed that offense on that date, Month and year, No such date of offense to a crime Read into Records and the entire conviction was unconstitutionally and violated due process Rights to a FAIR trial and a Rights to a copy of the indictment by a Grand jury and a Reading of the indictment by trial court. The petitioner should not waste no more of our court times to the Mandamus petition that seeks Relief to obtain Relief by Not Answering the petition of habeas corpus that and GRAND JURY indictment never existed at petitioner trial.

4

## CONCLUSIONS

For these Reasons the petitioners Prays to the Honorable Court that the Court order the Texas Court of Criminal Appeals to Show Cause of a Grand Jury indictment Readed during the petitioner trial and Admitted in trial Records, and that the failure this Court would grant a new trial.

Respectfully Submitted

Michael A. Kennedy

MICHAEL A. KENNEDY
#1516203 Polunsky unit
3872 FM 350 South
Livingston, Texas 77351

5

## CERTIFICATION OF COUNSEL OF AFFIDAVIT AND DECLARATION

I, Michael Allyn Kennedy, petitioner, hereby states that he is the counsel in this petition and all facts are true and correct by the Affidavit and declaration statement made by the compliance with 28 U.S.C. §1746, executed on this 25 day of september, 2017.

— MICHAEL A. KENNEDY

NO. _____

### IN THE
### 12th COURT OF APPEALS
### TYLER, TEXAS

MICHAEL ALLYN KENNEDY- PETITIONER

VS.

JAMES T. WORTHERN, AL. RESPONDENTS

## PROOF OF SERVICE

I, Michael Allyn Kennedy, do swear or declare that on this date, NOVEMBER, 2017, As required by supreme court rule 29 I have and petition for writ of Mandamus. on each party to the above proceeding or that party's counsel. and on every other person required to be served. by depositing to each of them and with First-class postage prepaid, or by delivery to a third-party commercial carrier for delivery within 3 calendar days.

The names and Addresses of those served are as follows.
TEXAS COURT OF CRIMINAL Appeals PO Box 12308 Austin, TX 78711
12th COURT OF Appeals District 1517 W. Front St. Suite 354 Tyler, TX 75702
MARK A. Calhoun, Judge 3RD District court 500 N Church St. Palestine, TX 75801
Allison Mitchell, Crim. D. St. Atty. 500 N. Church St. Palestine, TX 75801

I declare under penalty of perjury that the foregoing is true and correct executed on this NOVEMBER, 2017.

Michael Allyn Kennedy
MICHAEL ALLYN KENNEDY